IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) |
| v. | ) Case No. 12-CR-82 ) |
| BRYAN ERBST, | ) ) |
| Defendant. | ) ) ) |

ORDER TO AMEND CRIMINAL JUDGMENT

On September 10, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to a plea agreement entered into between the United States and defendant Bryan Erbst, ordering the forfeiture of the property listed in the indictment. This included:

  a. two HP desktop computer CPUs, serial numbers MSL84604P9 and 2US846OZ3Q;

  b. three Dell computer monitors, serial numbers CN05Y2327161839JA83, MX0X11064832341S2M7L, and CN0T61167161857FAE8B;

  c. one Samsung HD monitor, serial number EM27HVUSA00895E;

  d. one Dell laptop computer, serial number CN0KU184129618AVC443;

  e. one Venus Gogo external hard drive, serial number WXE208X02119; and

  f. one Disko external hard driver, serial number 2030308141214.

The defendant was sentenced on October 30, 2012, and the forfeiture was included in the oral pronouncement of the sentence. The Judgment in a Criminal Case entered on November 5, 2012, makes no mention of the criminal forfeiture.

Fed. R. Crim. P. 32.2(b)(4)(B) and 36 provide this Court with authority to correct a clerical error in a previously entered Judgment;

NOW, THEREFORE, IT IS HEREBY ORDERED that the criminal judgment in this action shall be amended to include, as part of defendant Erbst's sentence, forfeiture of the following:

a. two HP desktop computer CPUs, serial numbers MSL84604P9 and 2US846OZ3Q;

b. three Dell computer monitors, serial numbers CN05Y2327161839JA83, MX0X11064832341S2M7L, and CN0T61167161857FAE8B;

c. one Samsung HD monitor, serial number EM27HVUSA00895E;

d. one Dell laptop computer, serial number CN0KU184129618AVC443;

e. one Venus Gogo external hard drive, serial number WXE208X02119; and

f. one Disko external hard driver, serial number 2030308141214.

DATED: 11/9/2012

WILLIAM M. CONLEY, Judge
United States District Court

2